JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE JAMES BOWEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MURRIETA, et al.,<br><br>　　　　Defendants. | Case No. 5:17-cv-00785-DSF (SHK)<br><br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting the Findings and Recommendation of the United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: 1/11/18

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　United States District Judge